Glenn R. Kantor – SBN 122643
 Email: gkantor@kantorlaw.net
Zoya Yarnykh – SBN 258062
 E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
WILLIAM LARKINS
AS TRUSTEE FOR LARKINS FAMILY TRUST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM LARKINS AS TRUSTEE FOR THE LARKINS FAMILY TRUST,<br><br>           Plaintiff,<br><br>     vs.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY,<br><br>           Defendants. | CASE NO:  8:21-cv-00270-DOC-ADS<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. David O. Carter |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-entitled action. It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a Stipulation for Dismissal will be filed within forty-five (45) days.

The Court is thereby respectfully requested to vacate all court dates and retain jurisdiction of this case during said forty-five (45) day period.

DATED: November 10, 2021                KANTOR & KANTOR, LLP

                                        By:   */s/ Glenn R. Kantor*
                                              Glenn R. Kantor
                                              Attorneys for Plaintiff
                                              WILLIAM LARKINS
                                              AS TRUSTEE FOR LARKINS
                                              FAMILY TRUST